IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **M-Edge International Corporation**, <br><br> **Plaintiff**, <br><br> v. <br><br> **ACCO Brands Corporation, d/b/a Kensington Computer Products Group,** <br><br> **Defendant**. | **Case No. 15-795** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff M-Edge International Corporation, by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant ACCO Brands Corporation, d/b/a Kensington Computer Products Group.

Dated:  July 13, 2015         Respectfully submitted,

By:   */s/ Jeffrey J. Lopez*
Jeffrey J. Lopez (Bar No. 03740)
Ronald L. Grudziecki (Bar No. 09951)
John G. Smith (Bar No. 09802)
Brianna Lynn Silverstein (Bar No. 18443)
DRINKER BIDDLE & REATH LLP
1500 K Street, NW
Washington, D.C. 20005-1209
Phone: (202) 842-8800
Fax: (202) 842-8465
Jeffery.Lopez@dbr.com
Ronald.Grudziecki@dbr.com
John.Smith@dbr.com
Brianna.Silverstein@dbr.com

*Counsel for Plaintiff*
*M-Edge International Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2015, the foregoing Notice of Voluntary Dismissal was filed and served electronically by the Court's CM/ECF system upon all registered users in this action.

                                                 */s/ Jeffrey J. Lopez*
                                                 Jeffery J. Lopez